UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SHAEL CRUZ, on behalf of himself and
all others similarly situated,

                              Plaintiff,

           -against-

CALENDAR HOLDINGS LLC,

                             Defendant.

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/22/2020

**ORDER SCHEDULING TELEPHONIC SETTLEMENT CONFERENCE**

**20-CV-1898 (VEC)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A telephonic settlement conference in this matter is scheduled for **Thursday, October 1, 2020 at 10:00 a.m.**  Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **September 24, 2020 by 5:00 p.m.**

      SO ORDERED.

Dated: July 22, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge